UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON DEAN GALBRAITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACH, et al., )<br>)<br>Defendants. ) | Case No. CIV-25-1148-J |

### ORDER

Plaintiff, appearing pro se, filed a Complaint under 42 U.S.C. § 1983 [Doc. No. 1] and a motion for leave to proceed in forma pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell granted Plaintiff's motion for leave to proceed in forma pauperis and ordered him to make an initial partial payment of $33.75. When Plaintiff did not comply, Judge Mitchell issued a Report and Recommendation recommending the Court dismiss the Complaint without prejudice. [Doc. No. 13]. Rather than objecting, Plaintiff filed a change of address on which he wrote "I've been moved to LARC the $33.75 was/is on my account, can we proceed with the ACH case?" [Doc. No. 14]. The Court construed Plaintiff's statement as requesting an extension of time to pay the $33.75 initial filing fee and granted the same. Plaintiff was cautioned that he was responsible for initiating the payment with prison officials and could attach a copy of the Court's Order to facilitate his request. [Doc. No. 15]. Plaintiff's payment was due no later than January 7, 2026, and he was cautioned that failure to comply with the Order would likely result in the Court's adoption of the Report and Recommendation and dismissal of the action. *See id.*

Plaintiff did not make the initial filing fee payment or otherwise respond to the Court's Order.[1]  Accordingly, the Report and Recommendation [Doc. No. 13] is ADOPTED and Plaintiff's Complaint is DISMISSED without prejudice.

A separate judgment will issue.

IT IS SO ORDERED this 21st day of January, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was returned as undeliverable [Doc. No. 16]; however, the Court's Order granting Plaintiff additional time to make the filing fee payment, and cautioning him that his failure to comply would likely result in dismissal, was not returned.